ISSIDOR ROSEN, Appellant, v. HENRY WEINSTEIN and Another, Respondents, Impleaded with Others, Defendants.—Action to foreclose a mortgage in which judgment has been had by the plaintiff. Order granting defendants' motion to permit them to submit as of August 1, 1934, a proposed decision, modified by providing that the court may not act favorably upon such proposed findings as may be inconsistent with or hostile to any findings made upon which the judgment is founded, and as thus modified the order is affirmed, without costs. The court was not without power to rule upon proposed findings of fact and conclusions after the entry of judgment, provided such rulings were not inconsistent with or did not affect the validity of findings of fact and conclusions of law upon which the judgment rested. (*Monachelli* v. *Morrisania Dairy Co., Inc.*, 232 App. Div. 699; *Redondo S. S. Co., Inc.*, v. *Irving Bank-Columbia T. Co.*, 221 id. 694.) In *Mastrobuono* v. *Lange* (241 App. Div. 770) the findings were inconsistent with those previously made. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

CHARLOTTE STEINMETZ, Respondent, v. THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Appellant.— Order denying motion for a stay of trial reversed on the law and the facts, without costs, and motion granted, on condition that plaintiff proceed to trial on February 18, 1935, with the consent of the justice presiding in Part III, Special Term. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

SARAH STELLJES and Others, Respondents, v. DIETZ DELIVERY SERVICE, INC., and PH. DIETZ COAL Co., INC., Appellants.—Appeal dismissed on call of calendar, there being no appearance for appellants and no brief having been filed. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

CHARLES SWOBODA, Appellant, v. RICHARD E. CALLAHAN, Respondent.—Action to recover for personal injuries caused by collision between a taxicab driven by plaintiff and an automobile owned and driven by defendant. Judgment dismissing complaint unanimously affirmed, with costs. In our opinion the proofs afford ample support for the decision. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.